McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00038-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL; FINDINGS AND ORDER |
| v. | |
| PEDRO ORTIZ-CRUZ, | DATE: June 4, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on June 4, 2019.

2. By this stipulation, defendant now moves to continue the trial until October 22, 2019, and to exclude time between June 4, 2019, and October 22, 2019.

3. Defense counsel has filed a motion to vacate the defendant's underlying state conviction pursuant to California Penal Code §1473.7 in *People v. Pedro Ortiz*, PA079579, Los Angeles County Superior Court, San Fernando Division. Said motion is premised on the Central District of California's findings that the law enforcement officer involved in Mr. Ortiz Cruz's case fabricated probable cause in cases similar to his. The motion is set for hearing on May 24, 2019 at 8:30 a.m.

4. In addition, counsel for Ortiz-Cruz plans to file a Motion to Suppress defendant's statements to the Merced County Sheriffs Department on June 26, 2017 and requires time to research, draft, and file the motion.

5. Defense counsel is currently preparing for trial in *U.S. v. Daniel Villanueva*, 1:17-cr-198-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL

1

LJO, set to begin on May 7, 2019, a task that will consume most of her time during the month of May.

6. Mr. Ortiz-Cruz believes that the ends of justice require this continuance so he has additional time to pursue his collateral attack, which, he believes could result in the dismissal of the current charges. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the delay resulting from the continuance shall be excluded because it results from "other proceedings"—specifically the motion to collaterally attack Ortiz-Cruz's underlying state conviction—involving Ortiz-Cruz and therefore the time is excluded pursuant to 18 U.S.C. 3161(h)(1).

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 24, 2019                                    MCGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ ROSS PEARSON
                                                          ROSS PEARSON
                                                          Assistant United States Attorney

Dated:  April 24, 2019                                    /s/ VIRNA L. SANTOS
                                                          VIRNA L. SANTOS
                                                          Counsel for Defendant
                                                          PEDRO ORTIZ-CRUZ

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **April 25, 2019**                                **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES CHIEF DISTRICT JUDGE