MCGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00038-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL; FINDINGS AND ORDER |
| v. | |
| PEDRO ORTIZ-CRUZ, | DATE: October 22, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on October 22, 2019.

2. By this stipulation, defendant now moves to continue the trial until January 14, 2020, and to exclude time between October 22, 2019, and January 14, 2020.

3. Defense counsel has filed a motion to vacate the defendant's underlying state conviction pursuant to California Penal Code §1473.7 in *People v. Pedro Ortiz*, PA079579, Los Angeles County Superior Court, San Fernando Division. Said motion is premised on the Central District of California's findings that the law enforcement officer involved in Mr. Ortiz Cruz's case fabricated probable cause in cases similar to his. The pending motion asserts that the arresting officer likewise fabricated the

probable cause in Mr. Ortiz Cruz's case because the reports are very similarly worded and do not comport with Mr. Ortiz's version of the stop. Originally, the motion was set for hearing on May 24, 2019. The hearing has been continued twice at the People's request. It is currently set for hearing on September 13, 2019 at 8:30 a.m. A grant of the defense's motion could undermine the prosecution of this case. Specifically, counsel for Ortiz-Cruz believes that if the state grants the motion and Ortiz-Cruz's underlying felony conviction is vacated, Ortiz-Cruz will no longer be a felon in possession of a firearm, as charged in the indictment. Counsel for Ortiz-Cruz therefore believes that it is imperative to resolve the underlying state motion before Ortiz-Cruz's federal case may proceed.

4. In addition, counsel for Ortiz-Cruz plans to file a Motion to Suppress defendant's statements to the Merced County Sheriffs Department on June 26, 2017. Defendant requests that the court set time to hear this motion at any convenient time in December.

5. Defense counsel has also been attending to a medical emergency since June 3, 2019 to the present. Specifically, defense counsel's father has been hospitalized three times throughout the summer. Defense counsel is currently providing care for her father in New York until such time as services can be arranged to assume that daily responsibility. Those services are not expected to be in place until October 1, 2019. Defense counsel expects to continue to travel to New York to provide this support until such time as full services begin.

6. Defense counsel has two federal trials scheduled: *U.S. v. Roberto Arellano*, 18CR00075-3 LJO, set for October 1, 2019 and *U.S. v. Robert Gonzalez*, 1:16CR187, scheduled to be begin on December 3, 2019.

7. Defense counsel believes that there is high probability that this matter will resolve without the need for trial.

8. Mr. Ortiz-Cruz believes that the ends of justice require this continuance so he has additional time to pursue his collateral attack, which, he believes could result in the dismissal of the current charges. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes

pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the delay resulting from the continuance shall be excluded because it results from "other proceedings"—specifically the motion to collaterally attack Ortiz-Cruz's underlying state conviction—involving Ortiz-Cruz and therefore the time is excluded pursuant to 18 U.S.C. 3161(h)(1).

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 9, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: September 9, 2019

/s/ VIRNA L. SANTOS
VIRNA L. SANTOS
Counsel for Defendant
PEDRO ORTIZ-CRUZ
(Authorized by email on
September 9, 2019)

THE COURT FINDS GOOD CAUSE AND GRANTS THE REQUEST PURSUANT TO THE STIPULATION. THE TRIAL WILL NOT BE CONTINUED AGAIN, SO DEFENSE COUNSEL MAY WISH TO ADVISE THE SUPERIOR COURT ABOUT THE ISSUE SO THAT THE MATTER CAN BE DECIDED IN A TIMELY FASHION.
IT IS SO ORDERED.

Dated: **September 12, 2019**      /s/ Lawrence J. O'Neill
                      UNITED STATES CHIEF DISTRICT JUDGE