McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00038-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL; ORDER |
| v. | |
| PEDRO ORTIZ-CRUZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for trial on January 14, 2020.

2.  On December 18, 2019, the parties filed a signed plea agreement. The parties are currently coordinating a time to set the change of plea, but they anticipate that it will be prior to January 14, 2020.

3.  In light of the fact that the parties have reached a plea agreement, the parties stipulate that the trial date in this matter may be vacated.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL

1

| | | |
|---|---|---|
| Dated: December 18, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: December 18, 2019 | | /s/ VIRNA L. SANTOS<br>VIRNA L. SANTOS<br>Counsel for Defendant<br>PEDRO ORTIZ-CRUZ<br>(Authorized by email on<br>December 18, 2019) |

**ORDER**

In light on the representations by Officers of the Court, the motion will be granted and the trial is vacated. Should the Defendant not change his plea on January 6, 2020, the trial will be reset and it will go forward on January 22, 2020.

IT IS SO ORDERED.

Dated: **December 19, 2019**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE