VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Avenue
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO ORTIZ CRUZ,<br><br>Defendant. | CASE NO.  1:18-CR-00038-NONE<br><br>STIPULATION TO SET SETENCING HEARING DATE<br><br>DATE: May 8, 2010<br>TIME: 10:00 a.m.<br>COURT: |

   Defendant Pedro Ortiz Cruz, by and through his counsel of record and Assistant United States Attorney Ross Pearson, representing the United States of America, hereby stipulate as follows:

   1.   Pursuant to General Order 612, General Orders 611 and 612, all in-person hearings have been cancelled until at least May 4, 2020.  The General Order has now been extended to bar all in person hearings until June 1, 2020.

   2.   The sentencing hearing set for March 31, 2020 was continued pursuant to those orders.

   3.   It is likely that the defendant's sentence will be fully served by June 1, 2020.

STIPULATION
1

To avoid unnecessarily lengthening the defendant's sentence, both parties request that the sentencing proceed on the currently set date of **May 8, 2020 at 10:00 a.m.**

    4.    In light of the public health emergency, Mr. Ortiz Cruz agrees to waive his personal appearance and appear via videoconference instead.

**IS SO STIPULATED.**

DATED: April 30, 2020                                 Respectfully Submitted,

                                                            /s/ Virna L. Santos
                                                            VIRNA L. SANTOS
                                                            Pedro Ortiz Cruz


                                                            /s/ Ross Pearson
                                                            ROSS PEARSON
                                                            Assistant U.S. Attorney

**ORDER**

The sentencing hearing date is now scheduled to proceed on May 8, 2020 at 10:00 a.m. Defendant will waive his right to appear personally and appear via teleconference instead.

IT IS SO ORDERED.

Dated: **April 30, 2020**        *Dale A. Drozd*
                                       UNITED STATES DISTRICT JUDGE

STIPULATION

2